

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00100-CR

| | | |
|---|---|---|
| Joshua Richard Crouch | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1282197D) |
| v. | § | May 29, 2014 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to include the $10,000 fine assessed by the jury and pronounced by the trial court. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
     Justice Sue Walker